IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5:17-CR-100-C(05) |
| AMANDA NICOLE MARNEY (5) | |

## FACTUAL RESUME

In support of Amanda Nicole Marney's plea of guilty to the offense in Count Two of the indictment, Marney, the defendant, Jim Shaw, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii), that is, Possession with Intent to Distribute 50 Grams or more of Methamphetamine, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*     That the defendant knowingly possessed a controlled substance;

*Second.*     That the substance was in fact, methamphetamine;

*Third.*     That the defendant possessed the substance with the intent to distribute it; and,

*Fourth.*     That the quantity of the substance was at least 50 grams.

---

[1] Fifth Circuit Pattern Jury Instruction 2.93 (5th Cir. 2015).

**Factual Resume—Page 1**

## STIPULATED FACTS

1. Amanda Nicole Marney admits and agrees that on or about August 21, 2017, in the Lubbock Division of the Northern District of Texas, and elsewhere, she did intentionally or knowingly possess with intent to distribute 50 grams or more, but less than 500 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

2. Beginning in or about March 2017, agents with the Drug Enforcement Administration (DEA) began an investigation into a large-scale methamphetamine trafficking organization operating in the Lubbock, Texas area. Agents had information that Alejandro Garcia-Izazaga was facilitating the transportation of pound-quantities of methamphetamine in Lubbock and other major cities in the State of Texas.

3. One of the individuals who purchased methamphetamine from Garcia-Izazaga was Anthony Wayne Reiley. Agents were able to conduct multiple purchases of ounce-quantities of methamphetamine from Reiley in May 2017. Following one of these transactions, which occurred at Reiley's residence, agents observed Reiley enter a white sedan belonging to Amanda Nicole Marney and travel to meet with Garcia-Izazaga to pay Garcia-Izazaga for the methamphetamine that had just been purchased by law enforcement. Marney was identified as the driver of the vehicle and appeared to act as a lookout while Reiley and Garcia-Izazaga conducted their transaction. Reiley later

admitted to law enforcement that he was a source of supply of methamphetamine for Marney.

4. On August 21, 2017, officers with Lubbock Police Department stopped Marney's white sedan for a traffic violation. Marney was identified as the driver and there were multiple passengers in the vehicle. Marney was arrested for an active warrant and officers conducted an inventory of the vehicle. Agents found a bag of suspected methamphetamine near the front passenger's seat that weighed approximately 86 grams along with a Glock, model 34, 9mm pistol, serial number HPE209 in passenger floorboard. In recorded phone calls from the jail following Marney's arrest, she told someone that officers didn't find one of the "heaters" in her car – "heater" is street slang for a firearm. Marney also made calls to collect suspected drug debts from customers in order to come up with the money to bond out of jail. Agents obtained a search warrant to examine the vehicle further and found a Sig Sauer, model P250, 9mm pistol, serial number EAK086623 under the driver's seat. Agents also located an additional 14 grams of suspected methamphetamine along with baggies commonly used to distribute methamphetamine.

5. The substances were submitted to the Texas Department of Public Safety Crime Laboratory and tested positive for methamphetamine and weighed a total of 97.59 grams. This amount of methamphetamine is significantly larger than a user amount and Marney agrees that she knowingly possessed this methamphetamine and possessed it for distribution.

6. The defendant agrees that the defendant committed all the essential elements of the offense(s). This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the indictment.

7. The defendant further agrees and admits that the above-described firearms and ammunition were involved in or used in the commission of the above offense, or constitute, or were derived from proceeds the defendant obtained, directly or indirectly, as a result of her commission of the above offense and is subject to forfeiture pursuant to 21 U.S.C. § 853(a).

AGREED TO AND STIPULATED on this 17th day of January, 2018.

ERIN NEALY COX
UNITED STATES ATTORNEY

AMANDA NICOLE MARNEY
Defendant

JIM SHAW
Attorney for Defendant

SEAN M. LONG
Assistant United States Attorney
Texas Bar No. 24056734
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel: 806-472-7351
Fax: 806-472-7394
Email: sean.long@usdoj.gov