IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| AMANDA NICOLE MARNEY | ) CRIMINAL NO. 5:17-CR-0100-C-05 |

### ORDER

After due consideration, the Court **ORDERS** that Defendant's Motion for Modification of Judgment, received September 27, 2021, be **DENIED**.[1]

SO ORDERED.

Dated September 29, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] By letter dated March 3, 2020, the Court informed the Federal Bureau of Prisons that Defendant's federal sentence, imposed April 20, 2018, is to run consecutively to Defendant's state term of imprisonment.