DEC 12 2023 AM8:55
FILED - USDC - NDTX - LU
JH

# United States District Court
## for the Northern District of Texas
_Lubbock_____ Division

United States of America,
*Plaintiff,*

v.

_Amanda Marney_
*Defendant.*

FMC Carswell_____
Place of Confinement

56544-177_____
Federal Register Number

5:17-cr-00100_____
Criminal Case Number

## Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines:

_____ **Based on U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)**

✓ **Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category (for those who received "status" points for being under a criminal justice sentence at the time of the offense)**

---

## Instructions - Read Carefully

1.  The court has received your request regarding a sentence reduction under Amendment 821 to the Sentencing Guidelines (effective November 1, 2023). You must complete this form motion and return it to the appropriate divisional office listed in instruction 3, below, to enable the court to consider your request. This form should only be used when requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and for no other purpose. Amendment 821 provides for reduction in offense level for certain offenders with zero criminal history points (U.S.S.G. § 4C1.1) and reduces or eliminates status points for certain offenders who previously received status points pursuant to U.S.S.G. § 4A1.1(d). Amendment 825 authorizes retroactive reductions effective February 1, 2024 or later. A copy of your original request is included with this form for your reference.

2.  This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

Page 1 of 5

3.  Completed motions must be mailed to the **Clerk of the United States District Court for the Northern District of Texas** at the appropriate divisional office below:

**Abilene Division**
341 Pine Street
Room 2008
Abilene, TX 79601

**Amarillo Division**
205 SE 5th Avenue
Room 133
Amarillo, TX 79101

**Dallas Division**
1100 Commerce Street
Room 1452
Dallas, TX 75242

**Fort Worth Division**
501 W. 10th Street
Room 310
Fort Worth, TX 76102

**Lubbock Division**
1205 Texas Avenue
Room 209
Lubbock, TX 79401

**San Angelo Division**
33 East Twohig Avenue
Suite 202
San Angelo, TX 76903

**Wichita Falls Division**
501 W. 10th Street
Room 310
Fort Worth, TX 76102

4.  Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

## Questionnaire

1.  Name and location of court that entered the sentence that you are asking to reduce:

    Lubbock TX

2.  Date(s) of sentence and judgment of conviction:

    4-20-2018

3.  Are you currently in prison for this sentence?

    ✓ Yes _____ No

4.  If so, when is your projected date of release? 1-20-2031

5.  Are you currently on supervised release? _____ Yes ✓ No

6.  Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

    _____ Yes ✓ No

7.    Is your case currently on appeal? _____Yes    ✓\_\_\_\_\_No

8.    Offense(s) for which you were convicted (all counts):

21·841(A)(1) and 841(B)(1)(B)(VIII) Possession with
intent to Distribute 50 grams or more of
methamphetamine

9.    In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

✓\_\_\_\_\_ Yes    _____ No    _____ Not Sure

9a.    **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

☑ I received criminal history points from Chapter Four, Part A;

☐ I received an adjustment under § 3A1.4 (Terrorism);

☐ I used violence or credible threats of violence in connection with the offense;

☐ the offense resulted in death or serious bodily injury;

☐ the instant offense of conviction is a sex offense;

☐ I personally caused substantial financial hardship;

☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

☐ none of the statements above applies to my case.

Page 3 of 5

10.   **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

   ✓ Yes    _____No    _____ Not Sure

11.   **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

   __7 total__ Criminal History Points

12.   If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

   _____ Yes    ✓ No    _____ Not Sure

13.   List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

   GED, Housekeeping apprenticeship,
   Life Connections Program, threshold,
   Drug Education, Trauma in Life

Page 4 of 5

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this _December 5th_ , 20 23.

_a. marney_
Signature of Defendant

_Amanda marney_
Printed Name

_5U544-177_
BOP No.

_FMC Carswell_
Federal Correctional Institution (if applicable)

_P.O. Box 27137_
Address

_Fort Wort TX 76127_
City, State & Zip Code



| | | |
|---|---|---|
| **Individualized Needs Plan - Program Review   (File copy)** | | SEQUENCE: 02134936 |
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 07-31-2023 |
| Plan is for inmate: MARNEY, AMANDA NICOLE  56544-177 | | |



Facility:       CRW  CARSWELL FMC
Name:       MARNEY, AMANDA NICOLE
Register No.:  56544-177
Age:   33                          DNA Status:   CRW08679 / 11-19-2018
Date of Birth:   11-07-1989        CIMS Status:   NO
Proj. Rel. Date:   01-20-2031      CIMS Reconciled:   N/A
Proj. Rel. Method:   FIRST STEP

## Contact Information

**Release contact & address**
BETTY  NORMAN, FRIEND
2005 78TH , LUBBOCK, TX 79423 US
Phone (home) : 806-787-0260

**Emergency contact #1**
PHILLIP  MARNEY, BROTHER
5030 RED OAK LANE, SAN ANGELO, TX 76904 US
Phone (home) : 806-715-7237

Inmate is subject to 18 U.S.C. 4042(B) Notification:                          Yes

CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:          N/A

## Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 21:841(A)(1) AND 841(B)(1)(B)(VIII) POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE | 188 MONTHS |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 10-24-2019 |
| CRW LCP 37 | CARSWELL LCP TEAM 37 | 07-13-2021 |
| CV-HC DENY | COVID HOME CONFINEMENT DENIAL | 06-29-2020 |
| DEPEND N | DEPENDENTS UNDER 21 - NO | 12-09-2018 |
| DIS C | DISABILITY COGNITIVE | 01-14-2019 |
| DRVE LIC N | DRIVERS LICENSE - NO | 07-31-2023 |
| LCP COMP | LIFE CONNECT PROG COMPLETED | 11-18-2022 |
| PHOTO ID N | PHOTO ID - NO | 12-09-2018 |
| RPP NEEDS | RELEASE PREP PGM NEEDS | 11-19-2018 |
| SSN CARD Y | SOCIAL SECURITY CARD - YES | 10-24-2019 |
| THR COMP | THRESHOLD COMPLETED | 10-10-2021 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 12-09-2018 |
| VETERAN N | VETERAN - NO | 12-09-2018 |
| V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 11-19-2018 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 10-15-2018 |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | ELECTRIC 1 | ELECTRIC SHOP 1 | 07-20-2023 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | ESL HAS | ENGLISH PROFICIENT | 01-11-2019 |
| CRW | GED EARNED | GED EARNED IN BOP | 05-04-2021 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CRW LCP | C | V-HOUSEKEEPING APPRENTICESHIP | 12-02-2021 | 09-07-2022 |
| CRW LCP | C | GUITAR CLASS AT ADMN. UNIT | 06-19-2022 | 08-07-2022 |
| CRW LCP | C | BOOT CAMP WELLNESS CLASS | 04-20-2022 | 05-28-2022 |



**Individualized Needs Plan - Program Review    (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MARNEY, AMANDA NICOLE  56544-177

SEQUENCE: 02134936
Team Date: 07-31-2023

| SubFacl Action | | Description | Start | Stop |
|---|---|---|---|---|
| CRW LCP | C | ACE MAIN:PARENTING 3 | 08-11-2021 | 09-30-2021 |
| CRW LCP | C | BIGGEST LOSER HOSPITAL | 06-11-2021 | 08-06-2021 |
| CRW LCP | C | HLTHY MINDS /BODIES | 09-01-2020 | 11-21-2020 |
| CRW LOW | C | TUSKEGEE AIRMEN | 02-05-2020 | 02-05-2020 |
| CRW LOW | C | ACE MAIN:WORLD HISTORY II | 11-21-2019 | 01-16-2020 |
| CRW LOW | C | ACE MAIN: WILDLIFE | 05-07-2019 | 07-01-2019 |
| CRW LOW | C | ACE MAIN:CREATURES OF THE DEEP | 09-26-2019 | 10-31-2019 |
| CRW LOW | C | ACE MAIN:PERCENTS & DECIMALS | 07-18-2019 | 08-29-2019 |
| CRW LOW | C | BEG. CROSS STITCH/MC | 06-03-2019 | 06-24-2019 |
| CRW LOW | C | STRESS MANAGEMENT | 04-12-2019 | 06-07-2019 |
| CRW LOW | C | AM I DRINKING ENOUGH WATER | 03-23-2019 | 03-23-2019 |
| CRW LOW | C | CIRCUIT TRAING HOSPITAL | 04-08-2019 | 05-08-2019 |
| CRW LOW | C | ACE MAIN:21 CENT. TURNING PTS. | 04-25-2019 | 04-25-2019 |
| CRW LOW | C | ACE MAIN:OCEAN ODYSSEY | 04-18-2019 | 04-18-2019 |
| CRW LOW | C | OVERALL WELLNESS COURSE | 02-01-2019 | 03-19-2019 |
| CRW LOW | C | ACE: UNDER THE SEA | 04-01-2019 | 04-01-2019 |
| CRW LOW | C | STRESS: PORTRAIT OF A KILLER | 12-26-2018 | 12-26-2018 |
| CRW LOW | C | GLOBAL WARMING | 01-28-2019 | 01-28-2019 |
| CRW LOW | C | MAGNIFICENT PLANET MARVELS | 01-22-2019 | 01-22-2019 |
| CRW LOW | C | LIFE ETERNAL CLONES | 12-26-2018 | 12-26-2018 |
| CRW LOW | C | BEGINNING CROCHET/ HOSPITAL | 01-07-2019 | 01-28-2019 |
| CRW LOW | C | ACE MAIN: SYSCRAPERS 2 | 12-27-2018 | 12-27-2018 |
| CRW LOW | C | ADVANCE PAINING CLASS | 01-04-2019 | 01-25-2019 |
| CRW LOW | C | ABS/TONING CLASS | 12-03-2018 | 01-04-2019 |
| CRW LOW | C | PLASTIC CANVAS CLASS/HOSPITAL | 01-06-2019 | 01-27-2019 |
| CRW LOW | C | ART CLASS HOSPITAL | 12-01-2018 | 12-22-2018 |
| CRW LOW | C | BEADING CLASS/MC | 12-01-2018 | 12-22-2018 |
| CRW LOW | C | FUN CRAFT CLASS RECREATION | 12-03-2018 | 12-17-2018 |
| CRW LOW | C | HEALTHY LIFESTYLE | 12-17-2018 | 12-18-2018 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| CRW LOW | A-DES | OTHER AUTH ABSENCE RETURN | 07-20-2023 | CURRENT |
| CRW LOW | A-DES | TRANSFER RECEIVED | 11-19-2018 | 07-20-2023 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 01-27-2023 |
| CARE1-MH | CARE1-MENTAL HEALTH | 11-26-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 11-28-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-28-2018 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| RP1 TEST | RESOLVE PHASE ONE SCREENING | 03-20-2019 |
| RSW COMP | RESOLVE WORKSHOP COMPLETED | 03-20-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 12-06-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 08-19-2019 |

Name Amanda Maxey (RS)
Reg. No. 56544-177
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS, TX P&DC
DALLAS TX 750
3 DEC 2023    PM 6   L

RECEIVED

DEC 1 2 2023

CLERK US DISTRICT COURT
NORTHERN DISTRICT TX

FREEDOM
FOREVER/USA

FREEDOM
FOREVER/USA

79401-402759

◇56544-177◇
U S D C Northern District
Clerk OF THE Court
1205 Texas AVE
Unit 209
Lubbock, TX 79401
United States