# United States District Court
# for the Northern District of Texas

<u>Lubbock</u> Division

**United States of America**
*Plaintiff,*

v.

Amanda Nicole Marney
_____,
*Defendant.*

Crim. No. <u>5:17-CR-100-C(05)</u>

<u>56544-177</u>
Federal Register Number

## ORDER ON MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) AND AMENDMENTS 821 & 825 TO THE FEDERAL SENTENCING GUIDELINES

Upon motion of the defendant pursuant to 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on the amendment found at:

☐ U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders

☑ U.S.S.G. § 4A1.1(d) & (e) Criminal History Status Points

and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and considering the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, and for the reasons detailed in the Statement of Reasons,

**IT IS ORDERED** that the motion is:

☑ **GRANTED**, and the defendant's previously imposed sentence of imprisonment of <u>188</u> months is reduced to <u>168</u> months. Except as otherwise provided, all of provisions of the judgment dated <u>04/20/2018</u> shall remain in effect.

☐ **DENIED**.

Date: December 21, 2023

Signed: *[signature]*
United States District Judge

Effective Date: 02/01/2024
(If different from order date)